IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

ERIC T. RUCKER,

    Plaintiff,

Case No: 22-CV-248

v.

WAUKESHA COUNTY JAIL,
SHERIFF ERIC J. SEVERSON,
LT. SHALLOW, LT. STEFONEK,
CO J.G. MUELLER, CO WALKOWSKI,
CO SCARDINO, CO LANDESS,
CO MILLER, NURSING STAFF MEMBERS,
D. JOHNSON, MATTHEWS AND NEUMANN.

    Defendants.

---

**WAUKESHA COUNTY JAIL, SHERIFF ERIC J. SEVERSON, LT. SHALLOW, LT. STEFONEK, CO J.G. MUELLER, CO WALKOWSKI, CO SCARDINO, CO LANDESS, AND CO MILLER'S NOTICE OF REMOVAL**

---

TO:    Plaintiff Eric T. Rucker
        3058 North 34th Street
        Milwaukee, WI 53210

    PLEASE TAKE NOTICE that Defendants, Waukesha County Jail, Sheriff Eric J. Severson, Lt. Shallow, Lt. Stefonek, CO J.G. Mueller, CO Walkowski, CO Scardino, CO Landess, and CO Miller, by their attorneys, Crivello Carslon, S.C., pursuant to 28 U.S.C. §§ 1441 and 1443, file this Notice of Removal with the Court as follows:

    1.    A civil action, Waukesha County Case No. 22-CV-171, has been commenced and is currently pending between the above-named parties.

    2.    The Summons and Complaint in Case No. 22-CV-171 was filed on February 4,

2022, and served on some of these Defendants less than thirty (30) days ago. A true and correct copy of the Complaint is attached hereto as Exhibit A to the Declaration of Micaela E. Haggenjos.

3. The Complaint in Case No. 22-CV-171 includes claims under the United States Constitution. In particular, plaintiff alleges a violation of his civil rights as an inmate to the Waukesha County jail.

4. The United States District Court for the Eastern District of Wisconsin has jurisdiction over this action for the following reasons:

   a. pursuant to 28 U.S.C. § 1441 and 1443, the matter here in controversy presents a civil rights issue, over which this federal district court has original jurisdiction;

   b. the case will be properly venued in the United States District Court for the Eastern District of Wisconsin, as the alleged events which form the basis for the plaintiff's claims occurred with the Eastern District;

   c. the time permitted by statute for filing this notice of removal has not expired.

5. Concurrent with filing this notice of removal, these defendants will notify all parties and Waukesha County Judge Michael J. Aprahamian that this case has been removed to the United States District Court for the Eastern District of Wisconsin as required by 28 U.S.C. § 1446(d).

## JURY DEMAND FOR ALL FACTUAL ISSUES

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendants hereby demand trial by jury.

Dated this 28th day of February, 2022.

                                                CRIVELLO CARLSON, S.C.
                                                Attorneys for Defendants, Waukesha County Jail, Sheriff Eric J. Severson, Lt. Shallow, Lt. Stefonek, CO J.G. Mueller, CO Walkowski, CO Scardino, CO Landess and CO Miller

                                                By: *s/ Micaela E. Haggenjos*
                                                      AMY J. DOYLE
                                                      State Bar No: 1001333
                                                      MICAELA E. HAGGENJOS
                                                      State Bar No.: 1118840

P.O. Address:
Crivello Carlson, S.C.
710 N. Plankinton Avenue
Milwaukee, WI 53203
414-271-7722
adoyle@crivellocarlson.com
mhaggenjos@crivellocarlson.com

**PROOF OF SERVICE – ELECTRONIC FILING**

The undersigned hereby certifies that this document was filed electronically on February 28, 2022. Notice of this filing will be sent to counsel of record, to the email addresses registered by them with the Court, by operation of the Court's electronic filing system. If not registered with the Court, a copy of this document will be sent via email and/or via U.S. Mail.

                                                                                                                   *Electronically signed by Stephanie Kosmeder*