IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

ERIC T. RUCKER,

    Plaintiff,

                            Case No: 22-CV-248

v.

WAUKESHA COUNTY JAIL,
SHERIFF ERIC J. SEVERSON,
LT. SHALLOW, LT. STEFONEK,
CO J.G. MUELLER, CO WALKOWSKI,
CO SCARDINO, CO LANDESS,
CO MILLER, NURSING STAFF MEMBERS,
D. JOHNSON, MATTHEWS AND NEUMANN.

    Defendants.

---

**DECLARATION OF MICAELA E. HAGGENJOS
IN SUPPORT OF NOTICE OF REMOVAL**

---

    Pursuant to 28 U.S.C. § 1746, I hereby declare the following to be true under penalty of perjury.

    1.    I am an attorney licensed to practice law in the State of Wisconsin and before the United States District Court for the Eastern District of Wisconsin. I am one of the attorneys representing the Defendants, Waukesha County Jail, Sheriff Eric J. Severson, Lt. Shallow, Lt. Stefonek, CO J.G. Mueller, CO Walkowski, CO Scardino, CO Landess and CO Miller, in the above-captioned matter, and I make this declaration in support of their Notice of Removal.

    2.    The Summons and Complaint in Case No. 22-CV-171 was filed on or about February 4, 2022. A true and correct copy of the Complaint is attached at Exhibit A. The time

period for removing the action has not expired as it has been less than 30 days from the time these defendants have been served with the Complaint.

    3.    In the Complaint, plaintiff includes claims for violations of his "civil rights," which can reasonably be inferred to state a violation of certain portions of the United States Constitution.

> Pursuant to 28 U.S.C. Sec. 1746 I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 28th day of February, 2022.
>
> *s/ Micaela E. Haggenjos*
> MICAELA E. HAGGENJOS