68154

# State of Wisconsin

## County of Waukesha

CLERK OF COURTS
THIS IS AN AUTHENTICATED COPY
OF AN ORIGINAL DOCUMENT
FEB 04 2022
FILED IN THE CLERK OF COURTS
OFFICE WAUKESHA COUNTY

*Civil action lawsuit*

Eric T. Rucker

**Plaintiff**

Vs.

**Waukesha County jail I.E.**

**Waukesha County sheriff:** Eric J. Severson

**Lieutenants:** Shallow, Stefonek

**Correction officers:** J.g. Mueller, Walkowski, Scardino, Landess, Miller

**Nursing staff members:** D. Johnson, Matthews, Neumann

**Defendants**

22CV171
(Inmate Complaint)

Class Code 30107

## Summary of Complaint

I. On 09/25/2018 I was booked into Waukesha County Jail, while being processed I informed defendant C.O. Miller, I was partially disabled due to nerve damage in my right leg which requires me to wear also use a prosthetic on my right foot because and my Milwaukee county jail records indicate I may need a lower bunk and inmate housing in a lower cells because I suffer from drop foot and may have trouble walking up and down steps which require the use of my own personal shoes for support he then informed me that he'd contact the Medical unit for authorization and clearance, which I never received instead I was given Waukesha jail issued footwear that I wore until my march 2019 release from custody.

II. On 02/08/2019 between 10-11 a.m. while defendant nurse D. Johnson was doing medication prescription rounds, I walking down the cast iron metal staircase from assigned pod-9 room 944 I Eric T. Rucker lost my footing on the 3step down from the middle divider and fell down those steps, landing on the middle divider between the upper and lower of the spiral console for inmate cell's and housing landing on both knees

EXHIBIT A

and holding myself up on the rail which my head missed narrowly by inches the incident witnessed by both defendants C.O. J.G. Mueller and nurse Johnson the medical staff was called into the pod9 unit to address the accident and access the situation which included Defendents Lieutenants, Shallow, Stefonek

III. C.O.'s Walkowski, Scardino, Landess Medical unit Nursing staffers D. Johnson, Neumann, Matthews

IV. On 2/9/2019 I complained of pain and complications of movement with being unable to move my body freely and submitted daily forms requesting to be sent to visit the hospital to be seen by a nerve specialist or a medical doctor who specializing in nerve damage also for x-rays of both legs to be taken, these request went unanswered until after my march 22/2019 release from custody.

V. At which times I received x-rays visited my nerve specialist and received the medical attention deserved.

VI. At this time state a violation of my civil rights as an inmate of defendant Waukesha County Sheriff Eric J. Severson and of the Waukesha County Jail System.